**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **DONALD DUPRE** | **CIVIL ACTION NO. 6:21-cv-3817** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **OUR LADY OF LOURDES REGIONAL MEDICAL CENTER, INC., ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

**J U D G M E N T**

For the reasons set forth in the Report and Recommendation [Doc. No. 31] of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the Objections [Doc. No. 32, 33] filed by Defendants Our Lady of Lourdes Regional Medical Center, Inc., Pfizer, Inc. and Hospira Inc., and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that **P**laintiff's Motion to Remand [Doc. No. 18] is **GRANTED**, and this matter is **REMANDED** to the Fifteenth Judicial District Court for the Parish of Lafayette, Louisiana.

**MONROE, LOUISIANA**, this the 17th day of March 2022.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**